UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE CAITO,
    Plaintiff.

vs.                                          CASE NO.8:15CIV2472-T-EAK-TBM

OCWEN LOAN SERVICING, INC.,
    Defendant.
_____/

**ORDER**

This cause of action was stayed pending the ruling by the United State Supreme Court in *Spokeo, Inc. v. Robins*, No. 13-1339, 2016 WL 2842447 (2016). Based on the ruling in that case, the Defendant asks that the stay in this case be lifted and the Court require the Plaintiff to file a second amended complaint to "allege a concrete injury that he claims was caused by Ocwen." The Plaintiff agrees that the stay should be lifted but contends that the pending amended complaint sufficiently alleges a concrete injury caused by the Defendant. The Defendant's Notice of Decision is certainly not the appropriate vehicle for the Defendant to challenge the pending amended complaint and the Court will not order a new complaint based on that sparse pleading. The Court, while recognizing an answer was filed, will allow the Defendant to file a motion to dismiss the amended complaint in light of the ruling in the *Spokeo* case. Accordingly, it is

**ORDERED** that the Clerk of Court is directed to lift the stay in this case. The Defendant may file a motion to dismiss in this case in twenty days from this date and the Plaintiff may response fourteen days after the motion is filed. The parties shall also within ten days of this date inform the Court as to whether the previously filed case management order should remain in or effect or if they need to file an amended case management report.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of June, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE