UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE CAITO,

        Plaintiff,

Case No. 8:15-cv-2472-17TBM

vs.

OCWEN LOAN SERVICING, LLC,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Steve Caito and Defendant Ocwen Loan Servicing, LLC, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of all of Plaintiff's claims in this action, with each party bearing its own fees and costs. All parties that have appeared in this case agree to and have signed this stipulation.

Dated this 29th day of June, 2017.

*/s/Michael De Simone*
Michael De Simone
Florida Bar No.: 119739
Locke Lord, LLP
525 Okeechobee Blvd.
Suite 1600
West Palm Beach, Florida 33401
Tele: (561) 833-7700
Fax: (561) 828-8012
Michael.desimone@lockelord.com
Counsel for Defendant

*/s/ David P. Mitchell*
David P. Mitchell
Florida Bar No.: 067249
Maney & Gordon, P.A.
101 E. Kennedy Blvd., Suite 3170
Tampa, Florida 33602
Tele: (813) 221-1366
Fax: (813) 888-6708
d.mitchell@maneygordon.com
david@mitchellconsumerlaw.com
karin@mitchellconsumerlaw.com
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/ David P. Mitchell*
David P. Mitchell, Esquire
Florida Bar No.: 067249
MANEY & GORDON, P.A.
5402 Hoover Boulevard
Tampa, FL 33634
Tel: (813) 888-6700
Fax.: (813) 888-6708
david@mitchellconsumerlaw.com
karin@mitchellconsumerlaw.com
Counsel for Plaintiff